# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ESQUIBEL,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL PARKS SERVICE, et al.,<br><br>   Defendants. | Case No. 1:14-cv-01702-SKO<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT BY END OF DAY SEPTEMBER 12, 2017 |

A settlement conference in this action is set for September 14, 2017, at 10:00 a.m. before the undersigned. (ECF No. 34.) Pursuant to the December 14, 2016 scheduling order, the parties were required to submit a confidential settlement statement to the Court at least one week prior to the conference date. (ECF No. 33 at 6-7.) In this instance, the parties' confidential settlement statements were due September 8, 2017. The Court has timely received the confidential statement from Defendants, however no statement has been received from Plaintiff. On September 12, 2017, the courtroom deputy reached out to Plaintiff's counsel regarding the failure to submit a confidential settlement statement and has received no response.

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately

1

preparing for these matters.  They are not pro forma.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit his confidential settlement statement by the end of the day on Tuesday, September 12, 2017.  Failure to submit a confidential statement in compliance with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**September 12, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

2