# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ESQUIBEL,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARKS SERVICE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01702-SKO<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO DECEMBER 5, 2017 |

A settlement conference in this action is set for September 14, 2017, at 10:00 a.m. before the undersigned. (ECF No. 34.) After reviewing the parties' confidential settlement statements, the Court has determined that a settlement conference would not be fruitful at this time. Based on the position of the parties, the Court shall continue the settlement conference to allow for the completion of discovery at which time the parties should be in a better position to consider settlement.

Accordingly, the settlement conference set for September 14, 2017 at 10:00 a.m. is continued to **December 5, 2017, at 11:00 a.m.** in Courtroom 9 before the undersigned. Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference.

*Supplemental Confidential Settlement Conference Statement:* At least seven (7) court days prior to the Settlement Conference, the parties shall submit a Supplemental Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to

1

SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Supplemental Confidential Settlement Conference Statement shall include the following:

    A. A supplemental statement of the facts of the case to address new information discovered.

    B. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands. The Court shall require the party to state the amount that they would be willing to accept or provide to settle this action.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated: **September 13, 2017**

UNITED STATES MAGISTRATE JUDGE