PHILLIP A. TALBERT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ESQUIBEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | **Case No. 1:14-cv-01702-SKO**<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>**(Doc. 37)** |

Plaintiff, Dominic Esquibel, and defendant, United States of America, through their undersigned attorneys, hereby stipulate and request that the Court order the expert discovery cutoff (*see* Scheduling Order, ECF No. 33, at p. 2) be continued from November 30, 2017, to January 31, 2018, in order to accommodate the schedules of multiple medical expert witnesses and to allow time for travel for expert depositions in several states. The parties request no other modification to the case schedule at this time.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 31, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated: October 30, 2017 | | WAGNER, JONES, KOPFMAN &<br>   ARTENIAN LLP |
| | | /s/Andrew B. Jones<br>NICHOLAS J.P. WAGNER<br>ANDREW B. JONES<br>Attorneys for Plaintiff |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having reviewed the above stipulation (Doc. 37), good cause to modify the |
| 3 | Scheduling Order (Doc. 33) under Fed. R. Civ. P. 16(b)(4) having been shown, IT IS HEREBY |
| 4 | ORDERED that the Scheduling Order be modified as follows:[1] |

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert discovery deadline | November 30, 2017 | January 31, 2018 |
| Deadline for filing non-dispositive motions | November 9, 2017 | February 14, 2018 |
| Hearing for non-dispositive motions | December 13, 2017 | March 28, 2018[2] |
| Deadline for filing dispositive motions | December 14, 2017 | April 4, 2018 |
| Hearing for dispositive motions | January 31, 2018 | May 16, 2018 |
| Pre-Trial Conference | March 28, 2018 | July 11, 2018[3] |
| Trial | May 22, 2018 | September 11, 2018 |

IT IS SO ORDERED.

Dated: **November 5, 2017**                /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties' requested modification to the expert discovery deadline necessarily impacts the subsequent scheduling deadlines listed in this Order, including the pretrial conference and trial dates.
[2] The Court hears law and motions on Wednesdays at 9:30 a.m.
[3] The Court conducts pre-trial conferences on Wednesdays at 2:30 p.m.

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF