# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ESQUIBEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-01702-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 51) |

On February 7, 2019, the Court noted that Plaintiff had failed to file a trial brief as required by the court's Pretrial Order (Doc. 46) and issued an Order to Show Cause why sanctions should not be imposed. (Doc. 51.) Plaintiff was advised that the Order to Show Cause could be discharged by filing a trial brief in accordance with the Pretrial Order, and granted the parties until 12:00 p.m. on February 8, 2019, to do so. (*Id*. at 2.) On February 8, 2019, Plaintiff responded and filed his trial brief. (Docs. 52.)

Accordingly, the Court's Order to Show Cause (Doc. 51) is hereby discharged. The parties will be expected to follow the Court's Pretrial Order (Doc. 68), and comport with the Court's Trial Conduct and Courtroom Decorum protocol (http://www.caed.uscourts.gov/caednew/assets/File/SKO%20Trial%20Conduct%20and%20Decorum%20FINAL.pdf).

IT IS SO ORDERED.

Dated: **February 11, 2019**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE